187 So.2d 450

**Wilson ROBERIE**

**v.**

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY.**

No. 48259.

June 22, 1966.

In re: Wilson Roberie applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 185 So.2d 619.

Writ granted but limited to a consideration of applicant's assignment of error No. III. In all other respects, the application is refused.

187 So.2d 450

**Russell E. PRACK et al.**

**v.**

**UNITED STATES FIDELITY & GUARANTY COMPANY et al.**

No. 48248.

June 23, 1966.

In re: Russell E. Prack et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So.2d 170.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.